15320 Tropic ct #39 San Leandro republic

[94579]

Phillips.demi@gmail.com

**UNITED STATES DISTRICT COURT OF NORTHERN CALIFORNIA**

1301 Clay St #400s, Oakland, CA 94612

Case No.: 25-cv-07231 -JSH

FILED
SEP 2 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Affirmant's Application for an Interlocutory Order to Immediately Cease Wage Levy**

**1. Introduction**

I am called first, a private man (hereinafter "Affirmant"), appearing in peace. Affirmant respectfully moves this Court for an **immediate interlocutory order** directing the Respondent, Jennifer Fowler of the FRANCHISE TAX BOARD, or any agents acting under or through her, to cease all ongoing wage garnishment actions against the Affirmant.

This request is made due to a lack of lawful authority, jurisdiction, or contractual relationship supporting the Respondent's actions, and the active, ongoing harm currently being inflicted upon the Affirmant's financial well-being and property rights.

**2. Background Facts**

- **Active Garnishment**: As of **August 8, 2025**, Respondent initiated a wage levy against the Affirmant. Garnishment is now underway, despite the Affirmant receiving no notice of judgment, contract, or statutory obligation authorizing such enforcement.

- **No Legal or Contractual Basis**: Affirmant has not entered into any contract or agreement with Respondent or the Franchise Tax Board that would establish legal authority for wage garnishment. No due process has occurred.

- **Lack of Judicial Oversight**: Affirmant has not been presented with any court order or judgment authorizing the Respondent to seize Affirmant's wages. The action appears administrative and unilateral, executed without lawful procedure.

- **Ongoing and Irreparable Harm**: The wage garnishment is actively depriving Affirmant of income needed for basic living and sustenance. Each pay period results in financial loss and compounding hardship.

**3. Legal Grounds for Interlocutory Relief**

Affirmant requests emergency interim relief on the following grounds:

- **Ongoing Harm**: This is no longer a potential harm — wage garnishment has already commenced, and will continue to cause financial injury unless halted by this Court.

- **Irreparable Injury**: The deprivation of earnings without due process is a violation of rights that cannot be adequately remedied after the fact. Financial recovery through later proceedings will not reverse the loss of use, stress, or disruption caused by the levy.

- **No Adequate Remedy at Law**: Affirmant cannot obtain timely relief through normal appeals or administrative procedures. Judicial intervention is urgently required to prevent further harm.

- **Preservation of Status Quo Ante**: The Court has authority to restore the situation to what it was before the disputed action began — by halting the garnishment until the matter is fully reviewed.

- **Due Process Concerns**: The lack of any judicial order, hearing, or verified documentation establishing liability violates principles of fair notice and legal process.

**4. Jurisdiction**

This Court has authority to grant interim relief in equity or in support of due process under applicable constitutional and statutory provisions, including:

- The **Fourth and Fifth Amendments** to the U.S. Constitution;

- The Court's **equitable jurisdiction** to prevent unlawful seizure of property;

- The **lack of lawful or territorial jurisdiction** over Affirmant, a private man, with no demonstrated obligation under the Respondent's claims.

**5. Relief Requested**

Affirmant respectfully requests that the Court issue the following relief **without delay**:

1. **An immediate interlocutory order halting any and all ongoing wage garnishment activity** by Respondent or her agents, pending full adjudication of the matter.

2. **An order requiring the Respondent to produce, within 7 days**, all contracts, judgments, or legal instruments that purport to authorize garnishment of Affirmant's wages.

3. **An order restoring any funds already seized** from Affirmant's wages unless Respondent can show lawful authority for their taking.

4. Such further or alternative relief as the Court deems just and necessary.

## 6. Conclusion

Affirmant submits that immediate judicial action is required to prevent continuing injury and deprivation of rights. The current garnishment has not been lawfully authorized, and absent a verified basis, it constitutes an ongoing unlawful taking.

For these reasons, Affirmant respectfully moves the Court to issue an **interlocutory order immediately stopping the wage levy** and preserving Affirmant's rights until proper legal process can be followed.

I declare under penalty of perjury under the laws of God and the State of California that the foregoing is true and correct.

Dated: 9/2/2025           By: *Demetrius P.*

                          Demetrius John L Phillips, Affirmant