UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS,

        Plaintiffs,

  v.

FRANCHISE TAX BOARD, et al.,

        Defendants.

Case No. 25-cv-07231-JD

**ORDER RE TEMPORARY RESTRAINING ORDER AND STAY**

Pro se plaintiff Demetrius Phillips has asked for a temporary restraining order to stop the California Franchise Tax Board from garnishing his wages to collect unpaid taxes on the theory that the Tax Board lacks legal authority over him. Dkt. No. 6. A TRO is denied.

Under the Tax Injunction Act, the Court "shall not enjoin, suspend or restrain the assessment, levy or collection of any tax under State law where a plain, speedy and efficient remedy may be had in the courts of such State." 28 U.S.C. § 1341. "To the extent they are available, California's refund procedures constitute a plain, speedy, and efficient remedy." *Hyatt v. Yee*, 871 F.3d 1067, 1074 (9th Cir. 2017) (quoting *Franchise Tax Bd. of California v. Alcan Aluminium Ltd.*, 493 U.S. 331, 338 (1990)).

Nothing in the complaint or the TRO application demonstrates that the California tax refund procedures are not adequate to address Phillips' concerns. Dkt. Nos. 1, 6. Consequently, a TRO is not warranted. The case is stayed in its entirety pending further order.

**IT IS SO ORDERED.**

Dated: September 30, 2025

JAMES DONATO
United States District Judge