UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS PHILLIPS,<br><br>    Plaintiffs,<br><br>v.<br><br>FRANCHISE TAX BOARD, et al.,<br><br>    Defendants. | Case No. 25-cv-07231-JD<br><br>**SECOND ORDER RE DISMISSAL** |

The Court denied a temporary restraining order request by plaintiff Demetrius Phillips, Dkt. No. 22, and dismissed his complaint with leave to amend, Dkt. No. 29. Dismissal was warranted because the complaint was an inchoate and largely incomprehensible series of statements that did not rise to the level of a plausible claim of any sort even when read generously for a pro se litigant. *See id.* at 1-2.

Phillips filed an amended complaint, Dkt. No. 30, which did not improve the situation. The amended complaint says that Phillips is a "Private Man, non-legal entity, non-resident" and mentions California vehicle registration requirements. *Id.* at 1-2. The amended complaint says that California may not regulate "the free movement of non-commercial activities of Private Man," and that California "has no lawful authority to enforce a fee or tax on a Constitutional Right of the Private Man to travel freely." *Id.* at 3-4. While this language has overtones of interstate travel rights, nothing in the amended complaint indicates that such rights are in any way implicated here, or that any other cognizable claim has been adequately stated. The amended complaint again names the Franchise Tax Board as a defendant, despite the Court's indication in the prior order that sovereign immunity was a bar to that. Dkt. No. 29 at 2.

1   Consequently, dismissal is warranted.  *See Nordin v. Scott*, No. 3:21-cv-04717-JD, 2021
2   WL 4710697, at *1 (N.D. Cal. Oct. 8, 2022) ("The Court may 'at any time' dismiss an IFP
3   complaint that fails to state a claim on which relief may be granted." (quoting 28 U.S.C.
4   § 1915(e)(2)(B))).  The dismissal is with prejudice.  Phillips has had ample opportunity to
5   plausibly allege a claim, and a clear statement by the Court of the shortcomings in the complaint
6   that he needed to address.  Further amendment is not warranted and is highly unlikely to be
7   productive.  *See Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 1007 (9th Cir. 2009).

The case is ordered closed.  No further filings will be accepted.

**IT IS SO ORDERED.**

Dated:  December 17, 2025

JAMES DONATO
United States District Judge